UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCHWEGMANN FAMILY TRUST NO. 2 | * | CIVIL ACTION |
| VERSUS | * | NO. 06-4675 |
| CIRCUIT CITY STORES, INC., ITS SUBSIDIARIES, AFFILIATES AND SUCCESSORS AND LEXINGTON INSURANCE COMPANY, AXIS SURPLUS INSURANCE COMPANY, PRINCETON E&S INSURANCE COMPANY AND UNITED STATES FIRE INSURANCE COMPANY | * * * * * | SECTION "K" Judge Stanwood R. Duval, Jr. MAG. 5 Judge Alma L. Chasez |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Considering the Motion to Dismiss Third-Party Complaint,

**IT IS ORDERED AND DECREED** that the Motion to Dismiss Third-Party Complaint against John Hancock Life Insurance Company is hereby dismissed, with each party to bear its own costs.

New Orleans, Louisiana, this 3rd day of March, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge