UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SCHWEGMANN FAMILY TRUST NO. 2**                 **CIVIL ACTION**

**VERSUS**                                         **NO. 06-4675**

**CIRCUIT CITY STORES, INC., ET AL**               **SECTION "K"(2)**

ORDER AND OPINION

Before the Court is the "Motion *In Limine* to Exclude Evidence of Other Leases or Lawsuits" filed on behalf of defendant Circuit City Stores, Inc. ("Circuit City") (Doc. 231).    Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, **GRANTS** the motion.

Circuit City seeks to exclude from evidence at the trial of this matter any "evidence of other leases or lawsuits . . . relating to other  properties or leases, including but not limited to those related to or concerning Schwegmann Plaza East" contending that such evidence is not relevant  Doc. 231, p. 1. Schwegmann Family Trust No. 2 "Trust"contends that the evidence is relevant to assist the jury "in understanding the design of Schwegmann Plaza East and the extent of damages suffered by the properties located in the immediate area." Doc. 245, p. 1.

Plaintiff may solicit testimony from appropriate  witnesses concerning the design of Schwegmann Plaza East and  testimony concerning the extent of the damages sustained by other property in the immediate vicinity of Store 4500 after laying a foundation that the other damaged properties were substantially similar to Store 4500.  However, the Court grants defendant's motion to exclude any evidence of other leases pertaining to any other property as well as any evidence of other lawsuits involving property leased by Trust to any individual or entity.  Evidence of other leases in  which Trust is the lessor and litigation between Trust and its other lessees is not "evidence having any tendency to make the existence of any fact that is of consequence to the determination of [this] action more or less probable than it would

be without the evidence," and is therefore not relevant.   Fed. R. Evid. 401.

    New Orleans, Louisiana, this 31st day of July, 2008.

                                                STANWOOD R. DUVAL, JR.
                                              UNITED STATES DISTRICT JUDGE